UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A. RICHARDSON, ) | CIV-F-03-5628 AWI |
|       Appellant, ) | ORDER DISMISSING APPEAL FOR LACK OF PROSECUTION |
|     v. ) | |
| RANDALL PARKER ) | |
|       Appellee. ) | |

Appellant initiated an appeal from an order of the bankruptcy court on May 16, 2003. Doc. 1. On June 5, 2003, the bankruptcy clerk's office sent notice that the record on appeal was incomplete. Doc. 4. There was no response from the parties. Instead, Appellant filed a request for dismissal. Doc. 5. The request was denied. Doc. 6. On April 5 and 16, 2004, Appellant made motions to transfer jurisdiction. Docs. 9 and 10. The court ordered that the filings be disregarded for improperly attempting to join new "appellees" to the case, defective proof of service, and defective service. Doc. 11.

On February 22, 2007, this court issued an Order to Show Cause, directing Appellant to show cause in writing within 20 days why this appeal should not be denied for failure to prosecute. Doc. 12. Appellant has not responded to the Order. At this point, there is no record on appeal and there has been no contact from the Appellant since April 2004; Appellant appears to have abandoned the case. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1423 (9th Cir. 1986),

1

1 citations omitted.
2     Given these circumstances, the appeal is DISMISSED.
3
4 IT IS SO ORDERED.
5 **Dated:   March 23, 2007**                    **/s/ Anthony W. Ishii**
  0m8i78                                         UNITED STATES DISTRICT JUDGE